ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
GUY RODGERS - State Bar No. 303229
grodgers@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendant VIZIO, Inc.*

Edward A. Pennington
epennington@sgrlaw.com
Sean T.C. Phelan
sphelan@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St., N.W.
Suite 400
Washington, D.C. 2007
Telephone: (202) 263-4300
Facsimile: (202) 263-4329

*Attorneys for Plaintiff Lightside Technologies, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIGHTSIDE TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>　　　　　Defendant. | CASE NO.: 8:17-cv-01152 AG (KESx)<br><br>Hon. Andrew J. Guilford<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW**<br><br>DATE:　　　　N/A<br>TIME:　　　　N/A<br>COURTROOM:　10D |

Pursuant to Local Rule 7-1, Plaintiff Lightside Technologies, LLC ("Lightside") and Defendant VIZIO, Inc. ("VIZIO") jointly submit this stipulated request for an order staying the present litigation pending *inter partes* review ("IPR") by the United States Patent and Trademark Office ("PTO") of U.S. Patent Nos. 8,842,727 ("'727 patent") and 6,370,198 ("'198 patent") (collectively, "Patents-in-Suit").  The parties jointly stipulate and submit as follows:

WHEREAS, Lightside asserts in the above-captioned action that VIZIO has infringed the Patents-in-Suit;

WHEREAS, on July 26, 2017, VIZIO filed two IPR petitions challenging all of the claims of the Patents-in-Suit asserted by Lightside;

WHEREAS, the parties expect that pursuant to IPR rules, the USPTO will decide whether to institute the IPRs within six months of the filing dates of the IPR petitions, and, if instituted, will resolve the IPRs within twelve months of granting institution;

WHEREAS, the parties agree that this stipulation is being filed at an early stage in this litigation;

WHEREAS, the parties agree that a stay of this action pending IPR will likely simplify the lawsuit by streamlining the issues or potentially eliminating the need for further litigation entirely;

WHEREAS, the parties agree that they will not suffer any undue prejudice from the stay;

WHEREAS, for purpose of judicial economy and to avoid the unnecessary expenditure of resources, the parties desire to stay the present litigation pending final resolution of the IPR proceedings for the Patents-in-Suit, including any appeals;

NOW THEREFORE IT IS HEREBY STIPULATED by the parties through their respective counsel, subject to approval of the Court, that the above-captioned action is hereby stayed until further order of the Court.  The parties shall provide notice to the Court within one week of final resolution of the IPR proceedings,

including appeals.  If necessary, in their notice, the parties shall request that this matter be reopened, and that a case management conference be scheduled.

DATED:  August 4, 2017

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: /s/ Rex Hwang
Adrian M. Pruetz
Rex Hwang
Guy Rodgers

*Attorneys for Defendant VIZIO, Inc.*

DATED:  August 4, 2017

SMITH, GAMBRELL &
   RUSSELL, LLP

By: /s/ Edward A. Pennington
Edward A. Pennington
Sean T.C. Phelan

*Attorneys for Plaintiff Lightside Technologies, LLC*

# FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I, Rex Hwang, attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: August 4, 2017     By: /s/ Rex Hwang
                              Rex Hwang